UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA JACOBS,<br><br>  *Plaintiff*,<br><br>  v.<br><br>DR. MARK T. ESPER, Secretary of Defense,<br><br>  *Defendant*. | Civil Action No. 22-2532 (JMC) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice with each party bearing its own fees and costs.

Dated: October 31, 2023

                        Respectfully Submitted,

 /s/ Paul V. Bennett (by permission)       MATTHEW M. GRAVES
PAUL V. BENNETT             D.C. Bar No. #481052
D.C. Bar No. 427358           United States Attorney
BENNETT LEGAL SERVICES, LLC
5457 Twin Knolls Rd., Ste. 300        BRIAN P. HUDAK
Columbia, MD 21045           Chief, Civil Division
Phone: (410) 886-7457

                    /s/ Kartik N. Venguswamy
*Counsel for Plaintiff*            KARTIK N. VENGUSWAMY
                   D.C. Bar No. #983326
                   Assistant United States Attorney
                   601 D Street, NW
                   Washington, D.C. 20530
                   Tel: (202) 252-1790
                   kartik.venguswamy@usdoj.gov

                   *Attorneys for the United States of America*